UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

ANDRE VANCE POWELL,

        Petitioner,

v.                                           CAUSE NO. 3:19CV80-PPS/MGG

WARDEN,

        Respondent.

## OPINION AND ORDER

Andre Vance Powell, a prisoner without a lawyer, filed a habeas corpus petition challenging the prison disciplinary hearing (SBW18-07-0009) in which the Disciplinary Hearing Officer found him guilty of unauthorized possession of property. ECF 1 at 1, 3. However, Powell did not lose any earned credit time, and he was not demoted in credit class. *Id*. As such, he has not been deprived of a liberty interest as a result of this hearing.

A prison disciplinary action can only be challenged in a habeas corpus proceeding where the discipline results in the lengthening of the duration of confinement. *Hadley v. Holmes*, 341 F.3d 661, 664 (7th Cir. 2003). Here the disciplinary proceeding did not result in the lengthening of the duration of Powell's confinement, and habeas corpus relief is not available. Because there is no relief that he can obtain in this habeas corpus proceeding, the petition will be denied.

ACCORDINGLY:

Andre Vance Powell's habeas corpus petition is DENIED pursuant to SECTION 2254 HABEAS CORPUS RULE 4.

The clerk is DIRECTED to close this case.

SO ORDERED on February 20, 2019.

      /s/ Philip P. Simon
      JUDGE
      UNITED STATES DISTRICT COURT